# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: EITMONTAS, JULIE A § Case No. 12-80785
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 04, 2012. The undersigned trustee was appointed on May 14, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         37,014.16

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,892.45 |
| Bank service fees | 530.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 33,591.19 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 07/26/2012 and the deadline for filing governmental claims was 07/26/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,326.42. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $4,326.42, for a total compensation of $4,326.42.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/20/2014      By: /s/STEPHEN G. BALSLEY
                              Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-80785  
**Case Name:** EITMONTAS, JULIE A  

**Period Ending:** 06/20/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/04/12 (f)  
**§341(a) Meeting Date:** 04/12/12  
**Claims Bar Date:** 07/26/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 14223 Argyle Road, Caledonia IL 61011- | 171,100.00 | 0.00 | | 0.00 | FA |
| 2 | 526 Glenview Road, Williams Bay, the Estate of J<br>Adversary Case No. 12-96096<br>See Order to Sell Property entered 1/30/2013. | 18,750.00 | 18,750.00 | | 32,139.16 | FA |
| 3 | Time Share - Inn Seasons | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Cash | 25.00 | 25.00 | | 25.00 | FA |
| 5 | Home State Bank Checking Account | 100.00 | 100.00 | | 100.00 | FA |
| 6 | Home State Bank CD - Estate of Leslie Eitmontas<br>See Order to Compromise Controversy entered<br>February 6, 2013. | 5,049.83 | 5,049.83 | | 2,500.00 | FA |
| 7 | Home State Bank CD<br>See Order to Compromise Controversy entered<br>February 6, 2013. | 2,500.00 | 2,500.00 | | 1,000.00 | FA |
| 8 | Household Goods and Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Wells Fargo Advantage Funds - Roth IRA # xxxx-xx | 5,799.62 | 0.00 | | 0.00 | FA |
| 11 | Kerry Ingrid 401(k) | 143.64 | 0.00 | | 0.00 | FA |
| 12 | Oppenheimer Investment Account # xxx-xxx3879<br>See Order to Compromise Controversy entered<br>February 6, 2013. | 2,106.00 | 2,106.00 | | 0.00 | FA |
| 13 | 2005 Jeep Wrangler, 106,000 miles, fair conditio | 7,957.00 | 0.00 | | 0.00 | FA |
| 14 | 2006 Artic Cat snowmobile<br>See Order to Compromise Controversy entered<br>February 6, 2013. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$216,331.09** | **$30,030.83** | | **$35,764.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-80785
**Case Name:** EITMONTAS, JULIE A

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 03/04/12 (f)
**§341(a) Meeting Date:** 04/12/12

**Period Ending:** 06/20/14

**Claims Bar Date:** 07/26/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2013   **Current Projected Date Of Final Report (TFR):** May 30, 2014 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80785  
**Case Name:** EITMONTAS, JULIE A  
**Taxpayer ID #:** **-***4079  
**Period Ending:** 06/20/14

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/01/13 | | Julie A. Eitmontas | Bankruptcy Estate's interest in assets pursuant to Motion for Turnover and Motion to Compromise Controversy | | | 3,625.00 | | 3,625.00 |
| | {4} | | Non-exempt interest | 25.00 | 1129-000 | | | 3,625.00 |
| | {5} | | Non-exempt interest in asset | 100.00 | 1129-000 | | | 3,625.00 |
| | {6} | | Debtor's one-half non-exempt interest in asset | 2,500.00 | 1129-000 | | | 3,625.00 |
| | {7} | | Non-exempt interest in asset | 1,000.00 | 1129-000 | | | 3,625.00 |
| 04/10/13 | | Chicago Title Company | 1/8 Proceeds from sale of Williams Bay, WI Real Estate | | | 25,832.69 | | 29,457.69 |
| | {2} | | Purchase Price (1/8 interest) | 28,125.00 | 1110-000 | | | 29,457.69 |
| | | | 1/8 Prorated taxes, association dues and closing fees | -119.74 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Chicago Title - Title Policy | -128.63 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Walworth County ROD Transfer Fee | -84.38 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Walworth County ROD Recording Fee | -22.50 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Geneva Lakefront Real Estate Commission | -1,223.44 | 3510-000 | | | 29,457.69 |
| | | | 1/8 Walworth County Treasurer - Delinquent Taxes | -673.67 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Village of Williams Bay - Final Water | -21.21 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Reimburse Realtor for advance payment to Cedar Point Park HOA letter request | -18.74 | 2500-000 | | | 29,457.69 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 28.39 | 29,429.30 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 43.73 | 29,385.57 |
| 06/03/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE | | 2300-000 | | 41.19 | 29,344.38 |

Subtotals :  $29,457.69   $113.31

{} Asset reference(s)  
Printed: 06/20/2014 01:34 PM   V.13.15

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-80785 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | EITMONTAS, JULIE A | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***4079 | | Blanket Bond: | $598,000.00 (per case limit) |
| Period Ending: | 06/20/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #12-80785 | | | | |
| 06/26/13 | 102 | Murphy Desmond, S.C. | Payment for Legal Services Rendered by Special Counsel pursuant to Order entered 6/3/13; File #28636 130591 | | | 558.95 | 28,785.43 |
| | | | Order Granting Motion to Pay entered 6/3/13    555.75 | 3210-600 | | | 28,785.43 |
| | | | Order Granting Motion to Pay entered 6/3/13    3.20 | 3220-610 | | | 28,785.43 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.40 | 28,746.03 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.56 | 28,700.47 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.28 | 28,659.19 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.84 | 28,619.35 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.28 | 28,574.07 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.35 | 28,535.72 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.14 | 28,490.58 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.34 | 28,448.24 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.18 | 28,410.06 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.50 | 28,370.56 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.53 | 28,327.03 |
| 05/05/14 | {2} | Eitmontas Bankruptcy Estate | 1/6 share of Julie Eitmontas proceeds from real estate sale pursuant to Estate of Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | 4,014.16 | | 32,341.19 |
| 05/12/14 | | Eitmontas Bankruptcy Estate | Legal Fees (1/2) pursuant to Final Report in Samantha Kummerow-Held in Probate Case No. 13PR275 | 1180-002 | 1,250.00 | | 33,591.19 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.38 | 33,544.81 |
| 06/02/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -46.38 | 33,591.19 |
| | | | ACCOUNT TOTALS | | 34,721.85 | 1,130.66 | $33,591.19 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 34,721.85 | 1,130.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $34,721.85 | $1,130.66 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 12-80785 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** EITMONTAS, JULIE A | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4866 - Checking Account |
| **Taxpayer ID #:** **-***4079 | **Blanket Bond:** $598,000.00  (per case limit) |
| **Period Ending:** 06/20/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net<br>Receipts** | **Net<br>Disbursements** | **Account<br>Balances** |
| | | | **Checking # ******4866** | | 34,721.85 | 1,130.66 | 33,591.19 |
| | | | | | $34,721.85 | $1,130.66 | $33,591.19 |

{} Asset reference(s)                                              Printed: 06/20/2014 01:34 PM    V.13.15

# Claims Register

## Case: 12-80785   EITMONTAS, JULIE A

Claims Bar Date: 07/26/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>03/04/12 |  | $4,326.42<br>$4,326.42 | $0.00 | $4,326.42 |
|  | U.S. Bankrupcy Court<br>327 South Church Street<br>Rockford, IL 61101<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>06/13/12 | Adversary Complaint; Filing Fee Deferred (6/13/12).  Case No. 12-96097 | $293.00<br>$293.00 | $0.00 | $293.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>03/04/12 | Legal Fees in re the Estate of Samantha Kummerow-Held approved pursuant to Probate Final Report filed April 14, 2014 in McHenry County, Illinois as Case No. 13PR275 and Order approving same entered April 29, 2014. | $1,250.00<br>$1,250.00 | $0.00 | $1,250.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>03/04/12 |  | $9,940.50<br>$9,940.50 | $0.00 | $9,940.50 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>03/04/12 | Lake Geneva Regional News - Legal Publication (Notice of Complaint to Sell Real Estate Free and Clear) (7/9/12.) | $149.08<br>$149.08 | $0.00 | $149.08 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>03/04/12 | Certified Copy of Order to Sell Real Estate entered 1/30/13. ($11.00 - 1/30/13)<br>Certified Copy of Order for Default and Entry of Judgment entered 8/22/12 (Adversary). ($11.00 - 3/19/13) | $22.00<br>$22.00 | $0.00 | $22.00 |
| 1 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured<br>05/07/12 | c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 731248840<br>-------------------------------------------------------------------------* * * | $825.21<br>$825.21 | $0.00 | $825.21 |

# Claims Register

### Case: 12-80785    EITMONTAS, JULIE A

Claims Bar Date:  07/26/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 2 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083 | Unsecured<br>05/15/12 | <br><br>PO Box 71083<br>Charlotte, NC 282721083<br>------------------------------------------------------------------------------* * * | $7,946.61<br>$7,946.61 | $0.00 | $7,946.61 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 3 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br><br>Wilmington, DE 19886-5102 | Unsecured<br>05/31/12 | <br><br>PO Box 15102<br>Wilmington, DE 198865102<br>------------------------------------------------------------------------------* * * | $17,768.40<br>$17,768.40 | $0.00 | $17,768.40 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 | Metro Credit Union<br>Recovery Dept<br>Attn Peg McCarthy,PO Box 9100<br>Chelsea, MA 02150 | Unsecured<br>06/26/12 | <br><br>Recovery Dept<br>Attn Peg McCarthy,PO Box 9100<br>Chelsea, MA 02150<br>------------------------------------------------------------------------------* * * | $8,732.03<br>$8,732.03 | $0.00 | $8,732.03 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$51,253.25** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-80785
Case Name: EITMONTAS, JULIE A
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**   $   33,591.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   33,591.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 4,326.42 | 0.00 | 4,326.42 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 11,190.50 | 0.00 | 11,190.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 171.08 | 0.00 | 171.08 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:   $   15,981.00
Remaining balance:   $   17,610.19

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   17,610.19

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 17,610.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,272.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank, N.A. | 825.21 | 0.00 | 412.00 |
| 2 | Capital One Bank (USA), N.A. | 7,946.61 | 0.00 | 3,967.46 |
| 3 | FIA CARD SERVICES, N.A. | 17,768.40 | 0.00 | 8,871.14 |
| 4 | Metro Credit Union | 8,732.03 | 0.00 | 4,359.59 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 17,610.19 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**