# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: EITMONTAS, JULIE A   §   Case No. 12-80785
                            §
                            §
Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　U.S. Courthouse
　　　327 South Church Street
　　　Room 1100
　　　Rockford, IL  61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/28/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:   / /                    By:    /s/ STEPHEN G. BALSLEY
                                             Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: EITMONTAS, JULIE A | § | Case No. 12-80785 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 37,014.16 |
| *and approved disbursements of* | $ 3,422.97 |
| *leaving a balance on hand of* [1] | $ 33,591.19 |

**Balance on hand:**  $ 33,591.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 33,591.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 4,326.42 | 0.00 | 4,326.42 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 11,190.50 | 0.00 | 11,190.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 171.08 | 0.00 | 171.08 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:  $ 15,981.00
Remaining balance:  $ 17,610.19

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $       17,610.19

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $            0.00
Remaining balance:  $       17,610.19

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,272.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank, N.A. | 825.21 | 0.00 | 412.00 |
| 2 | Capital One Bank (USA), N.A. | 7,946.61 | 0.00 | 3,967.46 |
| 3 | FIA CARD SERVICES, N.A. | 17,768.40 | 0.00 | 8,871.14 |
| 4 | Metro Credit Union | 8,732.03 | 0.00 | 4,359.59 |

Total to be paid for timely general unsecured claims:  $       17,610.19
Remaining balance:  $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-80785-TML
Julie A Eitmontas                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 1              Date Rcvd: Jul 07, 2014
                              Form ID: pdf006            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2014.
```
db           #Julie A Eitmontas,   14223 Argyle Road,   Caledonia, IL 61011-9732
18570870    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   Attention: Recovery Department,
               4161 Peidmont Parkway,   Greensboro, NC 27410)
18570873    +CBE Group,   1309 Technology Parkway,   Cedar Falls, IA 50613-6976
18570874     CBE Group,   PO Box 2547,   Waterloo, IA 50704-2547
18570875    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: EXXONMOBIL,   Attn.: Centralized Bankruptcy,   PO Box 20363,
               Kansas City, MO 64195)
18910703     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
18570872    +Capital One, N.A.,   Capital One Bank (USA) N.A.,   PO Box 30285,   Salt Lake City, UT 84130-0285
18570876    +Firstsource Financial Solutions,   PO Box 7840,   Nashua, NH 03060-7840
18570877    +Freedman Anselmo Lindberg LLC,   PO Box 3228,   Naperville, IL 60566-3228
18570878     Fulbright & Associates, P. C.,   1707 East State Street,   PO Box 1510,   Rockford, IL 61110-0010
18570879    +InnSeason Vacation Club,   212 Mid Tech Drive,   West Yarmouth, MA 02673-2580
19018533    ++METRO CREDIT UNION,   ATTN RECOVERY DEPT,   LISA A TECCE,   PO BOX 9100,   CHELSEA MA 02150-9100
             (address filed with court: Metro Credit Union,   Recovery Dept,   Attn Peg McCarthy,
               PO Box 9100,   Chelsea, MA 02150)
18570882    +PNC Mortgage,   3232 Nemark Drive,   Miamisburg, OH 45342-5433
18570881    +Pinnacle,   PO Box 130848,   Carlsbad, CA 92013-0848
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18570871    +E-mail/Text: cms-bk@cms-collect.com Jul 08 2014 00:47:10     Capital Management Services, LP,
              726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
18875755     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 08 2014 00:50:58     Citibank, N.A.,
              c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK 73124-8840
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18983430*   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102)
18570880*   ++METRO CREDIT UNION,   ATTN RECOVERY DEPT,   LISA A TECCE,   PO BOX 9100,   CHELSEA MA 02150-9100
             (address filed with court: Metropolitan Credit Union,   200 Revere Beach B,   Chelsea, MA 02150)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2014 at the address(es) listed below:
```
              David L. Stretch    on behalf of Debtor Julie A Eitmontas stretchlaw@gmail.com
              Gloria C  Tsotsos    on behalf of Creditor   PNC Mortgage, a division of PNC Bank NA.
               nd-two@il.cslegal.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com,    IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,    IL47@ecfcbis.com
              Stephen G Balsley     sbalsley@bslbv.com,    IL47@ecfcbis.com
              Tiffany  Rodriguez    on behalf of Trustee Stephen G Balsley trodriguez@bslbv.com
              Tiffany  Rodriguez    on behalf of Plaintiff Stephen G Balsley trodriguez@bslbv.com
                                                                                             TOTAL: 8
```