# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: EITMONTAS, JULIE A § Case No. 12-80785
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $189,906.26 *(without deducting any secured claims)* | Assets Exempt: $12,843.26 |
| Total Distribution to Claimants: $17,610.19 | Claims Discharged Without Payment: $34,503.92 |
| Total Expenses of Administration: $19,403.97 | |

    3) Total gross receipts of $ 37,014.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $37,014.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $216,452.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,403.97 | 19,403.97 | 19,403.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 51,534.86 | 35,272.25 | 35,272.25 | 17,610.19 |
| **TOTAL DISBURSEMENTS** | $267,986.86 | $54,676.22 | $54,676.22 | $37,014.16 |

4) This case was originally filed under Chapter 7 on March 04, 2012. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2014          By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Legal Fees (1/2) pursuant to Final Report in Sam | 1180-002 | 1,250.00 |
| 526 Glenview Road, Williams Bay, the Estate of J | 1110-000 | 32,139.16 |
| Cash | 1129-000 | 25.00 |
| Home State Bank Checking Account | 1129-000 | 100.00 |
| Home State Bank CD - Estate of Leslie Eitmontas | 1129-000 | 2,500.00 |
| Home State Bank CD | 1129-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$37,014.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | PNC Mortgage | 4110-000 | 216,452.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$216,452.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 4,326.42 | 4,326.42 | 4,326.42 |
| U.S. Bankrupcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 9,940.50 | 9,940.50 | 9,940.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 22.00 | 22.00 | 22.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 149.08 | 149.08 | 149.08 |
| Chicago Title Company | 2500-000 | N/A | 119.74 | 119.74 | 119.74 |
| Chicago Title Company | 2500-000 | N/A | 128.63 | 128.63 | 128.63 |
| Chicago Title Company | 2500-000 | N/A | 84.38 | 84.38 | 84.38 |
| Chicago Title Company | 2500-000 | N/A | 22.50 | 22.50 | 22.50 |
| Chicago Title Company | 3510-000 | N/A | 1,223.44 | 1,223.44 | 1,223.44 |
| Chicago Title Company | 2500-000 | N/A | 673.67 | 673.67 | 673.67 |
| Chicago Title Company | 2500-000 | N/A | 21.21 | 21.21 | 21.21 |
| Chicago Title Company | 2500-000 | N/A | 18.74 | 18.74 | 18.74 |
| Rabobank, N.A. | 2600-000 | N/A | 28.39 | 28.39 | 28.39 |
| Rabobank, N.A. | 2600-000 | N/A | 43.73 | 43.73 | 43.73 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 41.19 | 41.19 | 41.19 |
| Murphy Desmond, S.C. | 3210-600 | N/A | 555.75 | 555.75 | 555.75 |
| Murphy Desmond, S.C. | 3220-610 | N/A | 3.20 | 3.20 | 3.20 |
| Rabobank, N.A. | 2600-000 | N/A | 39.40 | 39.40 | 39.40 |
| Rabobank, N.A. | 2600-000 | N/A | 45.56 | 45.56 | 45.56 |
| Rabobank, N.A. | 2600-000 | N/A | 41.28 | 41.28 | 41.28 |
| Rabobank, N.A. | 2600-000 | N/A | 39.84 | 39.84 | 39.84 |
| Rabobank, N.A. | 2600-000 | N/A | 45.28 | 45.28 | 45.28 |
| Rabobank, N.A. | 2600-000 | N/A | 38.35 | 38.35 | 38.35 |
| Rabobank, N.A. | 2600-000 | N/A | 45.14 | 45.14 | 45.14 |
| Rabobank, N.A. | 2600-000 | N/A | 42.34 | 42.34 | 42.34 |
| Rabobank, N.A. | 2600-000 | N/A | 38.18 | 38.18 | 38.18 |
| Rabobank, N.A. | 2600-000 | N/A | 39.50 | 39.50 | 39.50 |
| Rabobank, N.A. | 2600-000 | N/A | 43.53 | 43.53 | 43.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $19,403.97 | $19,403.97 | $19,403.97 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citibank, N.A. | 7100-000 | 825.00 | 825.21 | 825.21 | 412.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 7,517.00 | 7,946.61 | 7,946.61 | 3,967.46 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 17,768.00 | 17,768.40 | 17,768.40 | 8,871.14 |
| 4 | Metro Credit Union | 7100-000 | 8,583.00 | 8,732.03 | 8,732.03 | 4,359.59 |
| NOTFILED | Firstsource Financial Solutions | 7100-000 | 759.00 | N/A | N/A | 0.00 |
| NOTFILED | InnSeason Vacation Club | 7100-000 | 16,082.86 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $51,534.86 | $35,272.25 | $35,272.25 | $17,610.19 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-80785  
**Case Name:** EITMONTAS, JULIE A  
**Period Ending:** 11/07/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/04/12 (f)  
**§341(a) Meeting Date:** 04/12/12  
**Claims Bar Date:** 07/26/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Location: 14223 Argyle Road, Caledonia IL 61011- | 171,100.00 | 0.00 | | 0.00 | FA |
| 2 | 526 Glenview Road, Williams Bay, the Estate of J Adversary Case No. 12-96096 See Order to Sell Property entered 1/30/2013. | 18,750.00 | 18,750.00 | | 32,139.16 | FA |
| 3 | Time Share - Inn Seasons | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Cash | 25.00 | 25.00 | | 25.00 | FA |
| 5 | Home State Bank Checking Account | 100.00 | 100.00 | | 100.00 | FA |
| 6 | Home State Bank CD - Estate of Leslie Eitmontas See Order to Compromise Controversy entered February 6, 2013. | 5,049.83 | 5,049.83 | | 2,500.00 | FA |
| 7 | Home State Bank CD See Order to Compromise Controversy entered February 6, 2013. | 2,500.00 | 2,500.00 | | 1,000.00 | FA |
| 8 | Household Goods and Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Wells Fargo Advantage Funds - Roth IRA # xxxx-xx | 5,799.62 | 0.00 | | 0.00 | FA |
| 11 | Kerry Ingrid 401(k) | 143.64 | 0.00 | | 0.00 | FA |
| 12 | Oppenheimer Investment Account # xxx-xxx3879 See Order to Compromise Controversy entered February 6, 2013. | 2,106.00 | 2,106.00 | | 0.00 | FA |
| 13 | 2005 Jeep Wrangler, 106,000 miles, fair conditio | 7,957.00 | 0.00 | | 0.00 | FA |
| 14 | 2006 Artic Cat snowmobile See Order to Compromise Controversy entered February 6, 2013. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$216,331.09** | **$30,030.83** | | **$35,764.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 11/07/2014 09:32 AM    V.13.15

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-80785  
**Case Name:** EITMONTAS, JULIE A  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/04/12 (f)  
**§341(a) Meeting Date:** 04/12/12  

**Period Ending:** 11/07/14  

**Claims Bar Date:** 07/26/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** September 30, 2013     **Current Projected Date Of Final Report (TFR):** May 30, 2014 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80785  
**Case Name:** EITMONTAS, JULIE A  
**Taxpayer ID #:** **-***4079  
**Period Ending:** 11/07/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $598,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/01/13 | | Julie A. Eitmontas | Bankruptcy Estate's interest in assets pursuant to Motion for Turnover and Motion to Compromise Controversy | | | 3,625.00 | | 3,625.00 |
| | {4} | | Non-exempt interest | 25.00 | 1129-000 | | | 3,625.00 |
| | {5} | | Non-exempt interest in asset | 100.00 | 1129-000 | | | 3,625.00 |
| | {6} | | Debtor's one-half non-exempt interest in asset | 2,500.00 | 1129-000 | | | 3,625.00 |
| | {7} | | Non-exempt interest in asset | 1,000.00 | 1129-000 | | | 3,625.00 |
| 04/10/13 | | Chicago Title Company | 1/8 Proceeds from sale of Williams Bay, WI Real Estate | | | 25,832.69 | | 29,457.69 |
| | {2} | | Purchase Price (1/8 interest) | 28,125.00 | 1110-000 | | | 29,457.69 |
| | | | 1/8 Prorated taxes, association dues and closing fees | -119.74 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Chicago Title - Title Policy | -128.63 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Walworth County ROD Transfer Fee | -84.38 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Walworth County ROD Recording Fee | -22.50 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Geneva Lakefront Real Estate Commission | -1,223.44 | 3510-000 | | | 29,457.69 |
| | | | 1/8 Walworth County Treasurer - Delinquent Taxes | -673.67 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Village of Williams Bay - Final Water | -21.21 | 2500-000 | | | 29,457.69 |
| | | | 1/8 Reimburse Realtor for advance payment to Cedar Point Park HOA letter request | -18.74 | 2500-000 | | | 29,457.69 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 28.39 | 29,429.30 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 43.73 | 29,385.57 |
| 06/03/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE | | 2300-000 | | 41.19 | 29,344.38 |

Subtotals : $29,457.69  $113.31

{} Asset reference(s)

Printed: 11/07/2014 09:32 AM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-80785  
**Case Name:** EITMONTAS, JULIE A  
**Taxpayer ID #:** **-***4079  
**Period Ending:** 11/07/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #12-80785 | | | | |
| 06/26/13 | 102 | Murphy Desmond, S.C. | Payment for Legal Services Rendered by Special Counsel pursuant to Order entered 6/3/13; File #28636 130591 | | | 558.95 | 28,785.43 |
| | | | Order Granting Motion to Pay entered 6/3/13        555.75 | 3210-600 | | | 28,785.43 |
| | | | Order Granting Motion to Pay entered 6/3/13          3.20 | 3220-610 | | | 28,785.43 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.40 | 28,746.03 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.56 | 28,700.47 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.28 | 28,659.19 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.84 | 28,619.35 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.28 | 28,574.07 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.35 | 28,535.72 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.14 | 28,490.58 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.34 | 28,448.24 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.18 | 28,410.06 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.50 | 28,370.56 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.53 | 28,327.03 |
| 05/05/14 | {2} | Eitmontas Bankruptcy Estate | 1/6 share of Julie Eitmontas proceeds from real estate sale pursuant to Estate of Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | 4,014.16 | | 32,341.19 |
| 05/12/14 | | Eitmontas Bankruptcy Estate | Legal Fees (1/2) pursuant to Final Report in Samantha Kummerow-Held in Probate Case No. 13PR275 | 1180-002 | 1,250.00 | | 33,591.19 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.38 | 33,544.81 |
| 06/02/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -46.38 | 33,591.19 |
| 07/28/14 | 103 | U.S. Bankrupcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 33,298.19 |
| 07/28/14 | 104 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $22.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 22.00 | 33,276.19 |
| 07/28/14 | 105 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $149.08, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 149.08 | 33,127.11 |
| 07/28/14 | 106 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $9,940.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 9,940.50 | 23,186.61 |

Subtotals :         $5,264.16         $11,421.93

{} Asset reference(s)                    Printed: 11/07/2014 09:32 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-80785  
**Case Name:** EITMONTAS, JULIE A  

**Taxpayer ID #:** **-***4079  
**Period Ending:** 11/07/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/28/14 | 107 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,250.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,250.00 | 21,936.61 |
| 07/28/14 | 108 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $4,326.42, Trustee Compensation; Reference: | 2100-000 | | 4,326.42 | 17,610.19 |
| 07/28/14 | 109 | Citibank, N.A. | Dividend paid 49.92% on $825.21; Claim# 1; Filed: $825.21; Reference: | 7100-000 | | 412.00 | 17,198.19 |
| 07/28/14 | 110 | Capital One Bank (USA), N.A. | Dividend paid 49.92% on $7,946.61; Claim# 2; Filed: $7,946.61; Reference: | 7100-000 | | 3,967.46 | 13,230.73 |
| 07/28/14 | 111 | FIA CARD SERVICES, N.A. | Dividend paid 49.92% on $17,768.40; Claim# 3; Filed: $17,768.40; Reference: | 7100-000 | | 8,871.14 | 4,359.59 |
| 07/28/14 | 112 | Metro Credit Union | Dividend paid 49.92% on $8,732.03; Claim# 4; Filed: $8,732.03; Reference: | 7100-000 | | 4,359.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 34,721.85 | 34,721.85 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 34,721.85 | 34,721.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$34,721.85** | **$34,721.85** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4866** | 34,721.85 | 34,721.85 | 0.00 |
| | $34,721.85 | $34,721.85 | $0.00 |

{} Asset reference(s)

Printed: 11/07/2014 09:32 AM    V.13.15